United States District Court

Eastern District of California

Courtney Crosby,

    Petitioner,	No. Civ. S 05-0447 GEB PAN P

  vs.	Order

T. Schwartz,

    Respondent.

-oOo-

March 16, 2005, the court served the petition and ordered a response within 60 days.

March 25, 2005, petitioner requested the court stay these proceedings pending disposition of claims pending in state court.

April 18, 2005, petitioner requested leave to amend the petition. He did not submit a proposed amended petition or explain whether the state court proceedings have concluded.

Good cause appearing, the court hereby orders that:

1. The March 16, 2005, order is vacated.

1  2. Petitioner may amend his petition as of right. Fed. R.
2 Civ. P. 15. He shall file an amended petition, including all
3 claims (exhausted and unexhausted), within 20 days.
4  3. Petitioner's March 25, 2005, request to stay the
5 proceedings is denied without prejudice. He may renew his
6 request upon filing an amended petition, but must identify which
7 claims are exhausted and which are not.
8  Dated: April 26, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge