United States District Court

Eastern District of California

Courtney Crosby,

      Petitioner,                    No. Civ. S 05-0447 GEB PAN P

  vs.                               Order

T. Schwartz,

      Respondent.

-oOo-

    May 10, 2005, petitioner requested an extension of time to amend his petition.  Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  May 17, 2005.

                                         /s/ Peter A. Nowinski
                                         PETER A. NOWINSKI
                                         Magistrate Judge