United States District Court

Eastern District of California

Courtney Crosby,

      Petitioner,　　　　　　　　　No. Civ. S 05-0447 GEB PAN P

  vs.　　　　　　　　　　　　　　Order

T. Schwartz,

      Respondent.

-oOo-

    March 16, 2005, the court ordered the petition be served and a response made.

    March 25, 2005, petitioner requested the court stay these proceedings pending disposition of claims pending in state court.

    April 18, 2005, petitioner requested leave to amend the petition.  He did not submit a proposed amended petition or explain whether the state court proceedings have concluded.

    May 25, 2005, petitioner filed an amended petition, affidavit and request for stay.  June 5, 2005, he filed a

"supplemental pleading."  Petitioner's filings indicate some claims are pending in the California Supreme Court.  On the present record the court cannot determine with certainty which claims are unexhausted.

Good cause appearing, the court hereby orders that:

1.  The Clerk of Court shall serve the May 25, 2005, amended petition, affidavit and request for stay, and petitioner's June 6, 2005, supplemental pleading, upon Jo Graves, Attorney General for the State of California.

2.  Respondent shall respond within 30 days.

Dated:  June 16, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge