United States District Court

Eastern District of California

Courtney Crosby,

      Petitioner,                    No. Civ. S 05-0447 GEB PAN P

  vs.                                  Order

T. Schwartz,

      Respondent.

-oOo-

    June 16, 2005, the court ordered respondent to respond to the May 25, 2005, amended petition.  She has not.  Accordingly, respondent shall show cause, within 20 days, why the court should not impose sanctions for the delay.

    So ordered.

    Dated:  August 25, 2005.

                                              /s/ Peter A. Nowinski
                                              PETER A. NOWINSKI
                                              Magistrate Judge