United States District Court

Eastern District of California

Courtney Crosby,

      Petitioner,                        No. Civ. S 05-0447 GEB PAN P

  vs.                                 Findings and Recommendations

T. Schwartz,

      Respondent.

-oOo-

Petitioner was convicted in the Sacramento County Superior Court of violating Penal Code § 290(g)(2) (failure to register as a sex offender) and allegations of a prior conviction were found to be true. Petitioner was sentenced in 2002 to serve 26 years to life in prison.

The case proceeds on the March 7, 2005, amended petition. Petitioner concedes claims A, K and L are unexhausted, but seeks a stay until the California Supreme Court decides the same claims now before it in habeas petition S130219 (filed three months before petitioner filed his petition herein).

August 24, 2005, respondent moved to dismiss the mixed petition. Respondent concurs claims A, K, and L are pending

before the California Supreme Court but does not address the
propriety of a stay.  Respondent further argues parts of claims
D, E, F, H and I are neither exhausted nor present in any
petition before the California Supreme Court.

Petition opposed dismissal, contending all claims and parts
of claims are exhausted except A, K and L and reiterating his
request for a stay.

Having reviewed all petitions and addendums petitioner
submitted to the California Supreme Court (Lodged Docs. 1, 3, 4
and 6), the court concludes that court was fairly apprised of all
petitioner's claims and subclaims, and ruled upon all of them
except claims A, K and L.

To grant a stay this court must find good cause for
petitioner's failure to exhaust unexhausted claims earlier and
that the unexhausted claims are not plainly meritless.  <u>Rhines v.
Weber</u>, ___ U.S. ___, 125 S.Ct. 1528 (2005).  Claim A alleges
petitioner's waiver of his right to a jury trial was not
voluntary considering his documented mental impairments
(schizophrenia and mental retardation) and coercion by the trial
court and counsel.  Claims K and L allege appellate counsel was
constitutionally deficient in failing to raise claims of
ineffective assistance of trial counsel and involuntariness of
the jury trial waiver on appeal.

Respondent has not explained why claims A, K and L are
plainly meritless, nor does it appear they are.  If petitioner
succeeds on Claims K and L, that likely will provide "good cause"

for his prior failure to exhaust claims.  Accordingly, the court finds the <u>Rhines</u> requirements are satisfied.

The court hereby recommends respondent's August 24, 2005, motion to dismiss be denied and the mixed petition be stayed until the California Supreme Court resolves pending claims in habeas petition S130219.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these findings and recommendations are submitted to the United States District Judge assigned to this case.  Written objections may be filed within 10 days of service of these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:  November 29, 2005.

       /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge