United States District Court

Eastern District of California

Courtney Crosby,

     Petitioner,                      No. Civ. S 05-0447 GEB PAN P

  vs.                                    Order

T. Schwartz,

     Respondent.

-oOo-

November 29, 2005, I recommended respondent's August 24, 2005, motion to dismiss be denied and this case be abeyed pending exhaustion of some claims.  December 12, 2005, petitioner filed and served a notice the California Supreme Court recently ruled and all claims now are exhausted.  The November 29, 2005, findings and recommendations are vacated.  Petitioner shall file

///

///

///

1  and serve an amended petition within 10 days.  Respondent shall
2  respond to amended pleading within 20 days thereafter.
3     So ordered.
4     Dated: December 20, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge