IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COURTNEY CROSBY,** | CIV S 05-0447 GEB PAN P |
| Petitioner, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **T. SCHWARTZ, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a thirty (30) day enlargement of time to and including February 18, 2006, to file its answer to the petition for writ of habeas corpus, is GRANTED.

Dated:   January 19, 2006.

          /s/ Peter A. Nowinski
          PETER A. NOWINSKI
          Magistrate Judge

[Proposed] Order