IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COURTNEY CROSBY,

    Petitioner,                          No. CIV S-05-0447 GEB PAN P

    vs.

T. SCHWARTZ,

    Respondent.                      ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 25, 2005, the court ordered respondent to show cause in writing why sanctions should not be imposed for respondent's failure to comply with court-ordered deadlines for the filing of a response to petitioner's original petitioner.  On October 3, 2005, petitioner filed a request for sanctions.  In view of the subsequent amendment of the petition, and good cause appearing, the court's order to show cause will be discharged and petitioner's request for sanctions will be denied.

        On November 28, 2005, petitioner filed a motion for appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See

1

1 | Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time. Petitioner's motion for appointment of counsel will therefore be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's August 25, 2005 order to show cause is discharged;

2. Petitioner's October 3, 2005 request for sanctions is denied;

3. Petitioner's November 28, 2005 motion for appointment of counsel is denied.

DATED: February 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
cros0447.110

2