IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COURTNEY CROSBY,

    Petitioner,        No. CIV S-05-0447 GEB PAN P

  vs.

T. SCHWARTZ,

    Respondent.       <u>ORDER</u>

_____/

      Petitioner has filed a document entitled "Ex parte . . . request to respond to the Respondent's answer."[1]  Petitioner states he was not ordered to respond to petitioner's answer. Good cause appearing, IT IS HEREBY ORDERED that :

      1. Petitioner's March 24, 2006 request to file a traverse is granted.

      2. Petitioner is granted thirty days from the date of this order in which to file a traverse.

DATED:  April 18, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; cros0447.111

---

[1] Petitioner is advised that this request was inappropriately filed as an ex parte request, without notice to respondent's counsel.  However, because respondent received notice through the court's electronic docketing, the court has ruled on petitioner's request.  Petitioner is cautioned, however, that he remains obligated to serve copies of all court filings on counsel for respondent.  Fed. R. Civ. P. 5; Local Rule 5-135(b).