IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COURTNEY CROSBY,

    Petitioner,                   No. CIV S-05-0447 GEB PAN P

   vs.

T. SCHWARTZ,

    Respondent.               ORDER

_____/

       Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 24, 2006, petitioner filed a document styled as a request for instructions on how to respond to respondent's answer to petitioner's application.  Petitioner seeks instructions on "how to proceed in answering respondent answer" and permission to file a traverse in excess of twenty-five pages.  With respect to the request for instructions, petitioner is informed that the court cannot give legal advice.  Good cause appearing, petitioner's request for leave to file a traverse that exceeds twenty-five pages will be granted.

       On May 12, 2006, petitioner filed his second request for an extension of time to file and serve a traverse.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's April 24, 2006 request for leave to file a traverse that exceeds twenty-five pages is granted;

2. Petitioner's May 12, 2006 request for an extension of time is granted; and

2. Petitioner is granted sixty days from the date of this order in which to file and serve a traverse.  No further extensions of time will be granted.

DATED: May 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
cros0447.111sec