IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COURTNEY CROSBY,

    Petitioner,        No. CIV S-05-0447 GEB PAN P

  vs.

T. SCHWARTZ,

    Respondent.      ORDER

_____/

        In the court's order filed May 31, 2006, petitioner was granted a sixty-day extension of time in which to file his traverse and advised that no further extensions of time would be granted. Petitioner now moves for a further extension as he has been confined in administrative segregation and has been without his legal materials. Good cause appearing, the court will grant petitioner one further extension for a period of ten days beyond the July 30 date granted in the court's previous order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's July 7, 2006, request for an extension of time is granted; and

        2. Petitioner is granted ten additional days, until August 9, 2006, in which to file his traverse.

DATED: July 20, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

14; cros0447.111sec(2)