IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COURTNEY CROSBY,

    Petitioner,               No. CIV S-05-0447 GEB PAN P

    vs.

T. SCHWARTZ,

    Respondent.           ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 9, 2006, petitioner filed his third request for an extension of time to file and serve a traverse pursuant to the court's order of April 18, 2006. On August 16, 2006, petitioner filed his traverse. Good cause appearing, the request will be granted and petitioner's traverse will be deemed timely filed.

        IT IS HEREBY ORDERED that:

        1. Petitioner's August 9, 2006 request for an extension of time is granted; and

        2. Petitioner's traverse is deemed timely filed.

DATED: August 21, 2006.

                                                    UNITED STATES MAGISTRATE JUDGE

14/mpcros0447.111sec(3)