IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COURTNEY CROSBY,

      Petitioner,               No.  2:05-cv-0447 GEB KJN P

   vs.

T. SCHWARTZ, et al.,

      Respondents.        ORDER

_____/

        Petitioner has requested an extension of time to file objections to the August 18, 2010 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's September 1, 2010 request for an extension of time (Dkt. No. 63) is granted; and

        2. Petitioner shall file a response to the August 18, 2010 findings and recommendations on or before September 28, 2010.

DATED:  September 14, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cros0447.111